SKC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Scott Smith, | No. CV 17-01220-PHX-DLR |
| Plaintiff, | |
| v. | **ORDER** |
| Elena Baskas, et al., | |
| Defendants. | |

Pending before the Court is Defendant Lawrence Ende's Motion for Summary Judgment as to the one remaining claim in this action (Doc. 16), and Magistrate Judge Eileen S. Willett's Report and Recommendation (R&R), recommending that this action be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failures to comply with the Court's Orders and to prosecute this action. (Doc. 20.)

Neither party has filed objections to the R&R. Accordingly, the Court will accept the R&R and dismiss this action with prejudice. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[28 U.S.C. § 636(b)(1)(C)] makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003).

Because this action will be dismissed with prejudice, the Court will also deny as moot Defendant Ende's Motion for Summary Judgment.

**IT IS ORDERED:**

(1) The Magistrate Judge's Report and Recommendation (Doc. 20) is **accepted** and **adopted**.

(2) Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this action is **dismissed with prejudice**.

(3) Defendant Ende's Motion for Summary Judgment (Doc. 16) is **denied as moot**.

(4) The Clerk of Court is directed to enter judgment accordingly and **terminate** this action.

Dated this 8th day of June, 2018.

Douglas L. Rayes
United States District Judge